# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARRIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | 1:18-cv-00942-GSA-PC<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AS PREMATURE, WITHOUT PREJUDICE**<br>**(ECF No. 20.)** |

Plaintiff, Daniel Harris, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 12, 2018. (ECF No. 1.) On December 10, 2018, the court issued an order to show cause, requiring Plaintiff to file a response to the order within thirty days, showing why this case should not be dismissed as barred by <u>Heck</u> and <u>Balisok</u>.[1] (ECF No. 13.) On January 10, 2019, the court granted Plaintiff a sixty-day extension of time to file his response. (ECF No. 15.) On March 14, 2019, the court granted Plaintiff another sixty-day extension of time to file his response. (ECF No. 19.)

---

[1] <u>Heck V. Humphrey</u>, 512 U.S. 477 (1994) and <u>Edwards V. Balisok</u>, 520 U.S. 641 (1997).

1

On April 18, 2019, Plaintiff filed another motion for extension of time. (ECF No. 20.) Plaintiff requests a thirty-day extension of time to file his response to the court's order to show cause, to allow him time to seek legal counsel. Plaintiff's motion is premature, because nearly thirty days remain from his prior extension of time. Therefore, Plaintiff's motion shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time, filed on April 18, 2019, is DENIED as premature, without prejudice.

IT IS SO ORDERED.

Dated: **April 22, 2019**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE